# O'Hare Parnagian LLP

82 Wall Street, Suite 300
New York, NY 10005-3686
(212) 425-1401
Fax: (212) 425-1421
www.ohareparnagian.com

**Westchester Office**
700 White Plains Road, Suite 255
Scarsdale, NY 10583-5013
(914) 725-3632
Fax: (914) 725-3639

January 16, 2018

<u>**Via ECF**</u>

The Honorable Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Raptor Trading Systems, Inc. v. Beth, et al.*, No. 16-CV-3430-RA-DCF
             *Wallach, et al. v. Lardos, et al.*, No. 16-CV-5392-RA-DCF

Dear Judge Freeman:

      We represent Michael Wallach and David Beth, the defendants in the first of the above-captioned actions and the plaintiffs in the second. We write (and jointly and with the consent of the Anderson Kill firm) to update the Court on the status of the litigation.

      On September 29, 2017 and October 11, 2017 the parties submitted letter briefs regarding privilege issues, including subject-matter waiver, and on October 18, 2017, Raptor provided disputed documents listed on its privilege log to the Court for *in camera* review. Thus, after the Court issues its ruling and, if necessary, after Judge Abrams considers any objections, the parties will be ready to proceed on separate tracks for liability and damages. Discovery on liability has been completed with the exception of the pending privilege issues.

                                            Respectfully,

                                            *s/Robert A. O'Hare Jr.*

                                            Robert A. O'Hare Jr.

cc:      All Counsel (via ECF)