**O'HARE PARNAGIAN LLP**

82 WALL STREET, SUITE 300
NEW YORK, NY 10005-3686
(212) 425-1401
FAX: (212) 425-1421
www.ohareparnagian.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/18

WESTCHESTER OFFICE
700 WHITE PLAINS ROAD, SUITE 255
SCARSDALE, NY 10583-5013
(914) 725-3632
FAX: (914) 725-3639

April 17, 2018

**Via ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> April 18, 2018

Re: *Raptor Trading Systems, Inc. v. Beth, et al.*, No. 16-cv-3430-RA-DCF
*Wallach, et al. v. Lardos, et al.*, No. 16-cv-5392-RA-DCF

Dear Judge Abrams:

We represent Michael Wallach and David Beth, the defendants in the first of the above-captioned actions and the plaintiffs in the second. We write to request an extension of time for Wallach and Beth to file objections to Magistrate Judge Freeman's recent discovery order.

On April 6, 2018, Magistrate Judge Freeman issued an order granting in part and denying in part Wallach and Beth's motion seeking production of documents that the Raptor parties (the plaintiff in action 16-cv-3430 and the defendants in action 16-cv-5392) had withheld on attorney-client privilege or work product grounds. Pursuant to Rule 72(a), objections to Magistrate Judge Freeman's order are due on April 20, 2018.

We respectfully request a 14-day extension of that deadline, to May 4, 2018, to accommodate various personal and professional commitments. Counsel for the Raptor parties consents to this request. There have been no prior requests for an extension of this deadline, and the extension will not affect any other deadlines.

We thank the Court for its consideration of this request.

Respectfully,

*s/Andrew C. Levitt*

Andrew C. Levitt

cc:   All Counsel (via ECF)