# Exhibit C

```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                  DOC#:
SOUTHERN DISTRICT OF NEW YORK                 DATE FILED: 05/08/2017
```

RAPTOR TRADING SYSTEMS, INC.,

                Plaintiff,

      v.

DAVID BETH and MICHAEL WALLACH,

                Defendants.

MICHAEL WALLACH and DAVID BETH,

                Plaintiffs,

      v.

THEODOROS LARDOS, *et al.*,

                Defendants.

No. 16-CV-3430 (RA)
No. 16-CV-5392 (RA)

AMENDED ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

These actions are referred to Magistrate Judge Freeman for the following purpose:

|   | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
|   | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
|   | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
|   | Settlement | | Social Security |
|   | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated:    May 8, 2017
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge