UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
| | | |
|---|---|---|
| RAPTOR TRADING SYSTEMS, INC., | : | No. 16-cv-3430-RA-DCF |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID BETH and MICHAEL WALLACH, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------x

| | | |
|---|---|---|
| MICHAEL WALLACH and DAVID BETH, | : | No. 16-cv-5392-RA-DCF |
| | : | |
| Plaintiffs, | : | |
| | : | **NOTICE OF** |
| v. | : | **CHANGE OF ADDRESS** |
| | : | |
| THEODOROS LARDOS, MARK HINMAN, | : | |
| NELSON IGNACIO, and ALEJANDRO GIL, | : | |
| | : | |
| Defendants | : | |

---------------------------------------x

PLEASE TAKE NOTICE that the firm of O'Hare Parnagian LLP has changed its address effective immediately as follows:

> O'HARE PARNAGIAN LLP
> 20 Vesey Street, Suite 300
> New York, NY 10007
> (212) 425-1401
> (212) 425-1421 (facsimile)

Dated: New York, New York
November 1, 2018

        <u>s/Andrew C. Levitt</u>
        Robert A. O'Hare Jr.
        Andrew C. Levitt
        O'HARE PARNAGIAN LLP
        20 Vesey Street, Suite 300
        New York, NY 10007
        (212) 425-1401
        rohare@ohareparnagian.com
        alevitt@ohareparnagian.com

        *Attorneys for Michael Wallach and David Beth*