# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Ethan W. Middlebrooks, Esq.
emiddlebrooks@andersonkill.com
212-278-1324

**By ECF and Hand Delivery**                                April 22, 2019

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:    *Raptor Trading Sys., Inc. v. Beth, et al.*, No. 1:16-cv-3430-RA-DCF
             *Wallach, et al., v. Lardos, et al.*, No. 1:16-cv-5392-RA-DCF

Dear Judge Abrams:

      This firm represents Plaintiff Raptor Trading Systems, Inc. and Defendants Theodoros Lardos, Mark Hinman, Nelson Ignacio, and Alejandro Gil (collectively, "Raptor") in the above-referenced actions. Pursuant to Your Honor's Orders dated April 18, 2019, Raptor respectfully submits for *in camera* review a thumb drive containing electronic copies of: (1) the documents at issue in Michael Wallach and David Beth's objections to Magistrate Judge Freeman's April 6, 2018 discovery Order; and (2) a PDF and Excel spreadsheet of Raptor's privilege log entries for these documents only.

      As to the format of the *in camera* production, for any document that was produced in this litigation in redacted form, Raptor has supplied Your Honor with both the redacted and unredacted version. Additionally, to the extent that Raptor has not claimed privilege as to a portion of an e-mail chain, Raptor has indicated on the document the Bates number where that portion of the document has been produced in this litigation.

                                                                 Respectfully Submitted,

                                                                 Ethan W. Middlebrooks

Enclosures (by hand delivery only)

cc:    All Counsel of Record (by ECF without enclosures)