USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAPTOR TRADING SYSTEMS, INC.,

    Plaintiff,

v.

DAVID BETH *et al.*,

    Defendants.

No. 16-CV-3430 (RA)

MICHAEL WALLACH; DAVID BETH,

    Plaintiffs,

v.

THEODOROS LARDOS *et al.*,

    Defendants.

No. 16-CV-5392 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court will hold oral argument on the pending motions for summary judgment on August 25, 2020 at 11:00 a.m. In light of the ongoing public health crisis, the conference will take place by telephone. The dial-in information is provided below:

    Call-In Number: (888) 363-4749
    Access Code: 1015508

The parties are advised that this is a public line – available to the public and press – and no recording is permitted.

SO ORDERED.

Dated:    July 31, 2020
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge