UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAPTOR TRADING SYSTEMS, INC., <br><br>      Plaintiff,<br><br>  v.<br><br>BETH, *et al.*,<br><br>      Defendants. | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8-28-20<br><br>16-CV-3430 (RA) |
| WALLACH, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>LARDOS, *et al.*,<br><br>      Defendants. | 16-CV-5392 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  In light of the parties scheduling conflict, it is hereby:

  ORDERED that the conference scheduled for August 28, 2020 is adjourned until September 3, 2020 at 11:00 am. Counsel for all parties shall appear telephonically. The dial-in information for the call is provided below:

    Call-in Number: (888) 363-4749

    Access Code: 1015508

SO ORDERED.

Dated:    August 28, 2020
              New York, New York

                                                        RONNIE ABRAMS
                                                        United States District Judge