UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAPTOR TRADING SYSTEMS, INC., | |
| Plaintiff, | 16-CV-3430 (RA) |
| v. | ORDER |
| BETH, *et al.*, | |
| Defendants. | |

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:   10-1-20

| | |
|---|---|
| WALLACH, *et al.*, | |
| Plaintiffs, | 16-CV-5392 (RA) |
| v. | ORDER |
| LARDOS, *et al.*, | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

As discussed on yesterday's call, it is hereby ordered that no later than October 21, 2020, the parties submit a joint letter informing the Court:

1. Whether the parties intend to try both Raptor v. Beth et al. and Wallach et al. v. Lardos et al. concurrently in a single trial or consecutively.

2. Whether the parties can determine by February 15, 2021 if they will require a jury for one or both cases.

SO ORDERED.

Dated:   October 1, 2020
         New York, New York

_____
RONNIE ABRAMS
United States District Judge